**Dismissed and Opinion Filed July 31, 2024**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-24-00700-CV

### MOTHER IS GOLD HOME CARE, INC., Appellant
### V.
### LUCENT HOME HEALTH, RECONNAISSANCE GROWTH PARTNERS, LLC, DANIEL LIVOLSI AND ZACHARY KOENEN, Appellees

**On Appeal from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-02892-2023**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Pedersen, III, and Carlyle
Opinion by Justice Partida-Kipness

Before the Court is appellant's July 29, 2024 unopposed motion to dismiss this appeal. In the motion, appellant informs the Court the judgment is not final and appealable and requests we dismiss the appeal. We grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

/Robbie Partida-Kipness/
ROBBIE PARTIDA-KIPNESS
240700F.P05                                        JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas
### JUDGMENT

MOTHER IS GOLD HOME CARE, INC., Appellant

No. 05-24-00700-CV     V.

LUCENT HOME HEALTH, RECONNAISSANCE GROWTH PARTNERS, LLC, DANIEL LIVOLSI AND ZACHARY KOENEN, Appellees

On Appeal from the 471st Judicial District Court, Collin County, Texas Trial Court Cause No. 471-02892-2023.
Opinion delivered by Justice Partida-Kipness. Justices Pedersen, III and Carlyle participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellees LUCENT HOME HEALTH, RECONNAISSANCE GROWTH PARTNERS, LLC, DANIEL LIVOLSI AND ZACHARY KOENEN recover their costs of this appeal from appellant MOTHER IS GOLD HOME CARE, INC.

Judgment entered July 31, 2024